UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEONARD AUGUSTARD JONES, | Case No. CV 09-5231 DOC (AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| SAN LUIS OBISPO SUPERIOR COURT OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: September 28, 2009

_____
David O. Carter
United States District Judge